☒ FILED ___ LODGED
___ RECEIVED ___ COPY

NOV 0 3 2009

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

1  WO

2

3

4

5

6  IN THE UNITED STATES DISTRICT COURT

7  FOR THE DISTRICT OF ARIZONA

8

9  United States of America,                    )    CR-03-01024-001-PCT-EHC
                                                )
10           Plaintiff,                         )
                                                )
11  vs.                                         )
                                                )
12  Waylon Pete Thompson,                       )         **ORDER**
                                                )
13           Defendant.                         )
                                                )
14  _____)

15

16       A detention hearing and a preliminary hearing revocation hearing on the Petition on

17  Supervised Release were held on November 2, 2009.

18       **THE COURT FINDS** that the Defendant has knowingly, intelligently, and

19  voluntarily waived his right to a detention hearing and a preliminary revocation hearing and

20  has consented to the issue of detention being made based upon the allegations in the Petition.

21       **THE COURT FURTHER FINDS** that the Defendant has failed to sustain his burden

22  of proof by clear and convincing evidence pursuant to Rule 32.1(a)(6), FED.R.CRIM.P., that

23  he is neither a flight risk nor a danger to the community. *United States v. Loya*, 23 F.3d 1529

24  (9th Cir. 1994).

25

26

27

28

1    **IT IS ORDERED** that the Defendant shall be detained pending further order of the

2    court.

3    DATED this 3ᴿᴰ day of November, 2009.

Lawrence O. Anderson
United States Magistrate Judge